[No. 63156-0-I.   Division One.   January 19, 2010.]

WESTERN CARTAGE, INC., ET AL., *Respondents*, v. NATHAN S. YIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16038-6, William L. Downing, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 63317-1-I.   Division One.   January 19, 2010.]

WILLIAM BARBER, *as Personal Representative, Appellant*, v. THE PRESBYTERY OF OLYMPIA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29413-9, Douglass A. North, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 63379-1-I.   Division One.   January 19, 2010.]

MARY BYRD, *Respondent*, v. BARMOR TEMPORARIES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-32982-8, Susan J. Craighead, J., entered December 16, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Lau, JJ.

[No. 63902-1-I.   Division One.   January 19, 2010.]

JOHN RAYMOND BRADFORD ET AL., *Respondents*, v. CHARLES AND RUTH ADAMS TRUST, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-2-00413-5, George L. Wood, J., entered June 20, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Appelwick, J., and Agid, J. Pro Tem.